09-CR-00160-SUP

FILED ENTERED
LODGED RECEIVED

JUN -7 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Judge Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO A. MARROQUIN,<br><br>　　Defendant | NO. CR 09-160JLR<br><br>**DEFENDANT'S SUPPLEMENTAL<br>SENTENCING MEMORANDUM**<br><br>**SENTENCING DATE**: June 7, 2010<br>　　　　　　　　　　at 9:45am |

Attached are copies of two letters of support written by teacher's of the defendant's children.

.

Dated this 4th day of June, 2010.

Respectfully submitted,

Bruce D. Erickson
W.S.B.A. #2005
411 University St., Suite 1200
Seattle, WA 98101
Telephone: (206) 624-1200

1

12195722-P

Bruce D. Erickson
411 University St., Suite 1200
Seattle, WA 98101

June 1, 2010

To whom this may concern:

Mr. Mario Marroquin has been an active parent and positive role model throughout the last three years I have taught his daughter, K_____. Mr. Marroquin has always supported me in my teachings by encouraging K_____ to read nightly, complete her homework, and even participate in school musicals. This family has been regular participants in evening school events Panther Lake Elementary has offered, such as science nights, multi cultural potlucks, literacy family nights, and technology expos put on by the Kent School District.

As a result of Mr. Marroquin's support and active participation in K_____'s education, she is at grade level in all academic areas. She is a happy girl who loves her parents and her brothers. I can tell her family values compassion and empathy as she expresses these virtues all day in the classroom. She is a loving girl who speaks very highly of her family.

Mr. and Mrs. Marroquin are regular visitors during parent-teacher conferences. They consistently ask how they can continue to help K_____ at home. They always sign her homework and show that she is reading on a daily basis. Mrs. Marroquin has accompanied us on field trips because she sees the value of building life skills and schema for K_____.

I am honored and thrilled to have been a part of K_____'s life for the past three years. I have started teaching her in Kindergarten where she had very limited English skills. She is now ready for 3rd grade and speaks beautiful Spanish and English. I am lucky to have had the support and participation from Mr. Marroquin and his family.

Sincerely,

Dr. Emma Golff, EdD
Panther Lake Elementary
253-373-7470

June 1, 2010

To whom this may concern:

I am writing on behalf of Mr. Mario Marroquin. I have known Mr. Marroquin for two years. In the 2008-2009 school year, I had his son, M       , in my class. While working with M       , I have found Mr. Marroquin to be an involved and caring parent. He attended all scheduled Parent Conferences, Family Nights and other school-initiated events at Panther Lake Elementary, including Multi-Cultural Potlucks, and Science Nights. Whenever it was that the Marroquin's were in attendance, they always exuded pride in their family and full support for M       and his work.

With both Mr. and Mrs. Marroquin's support in M       's education, he performed at grade level in several academic areas, as well as, above grade level in others. M       was a happy kid who always joked and laughed, and had fun stories to tell, always showing pride in his family. His peers enjoyed and respected him. M       's positive outlook on life and school should be credited in part to both to Mr. and Mrs. Marroquin's efforts in emphasizing the importance of family, friends, and education.

Earlier this year, I had the opportunity to work with M       , again, for the Kent School District's annual *Technology Expo*. When I was given the opportunity to participate in the *Tech Expo*, M       was one of a handful of students that immediately came to mind. With Mr. and Mrs. Marroquin's permission, M       was able to present his electronic learning portfolio he created during his 6th grade year, to a larger audience. And as usual, the Marroquin family attended the evening's event to show their support. Moreover, this school year, I have had the opportunity to work with the Marroquin's youngest child, K       , and I find her to be so sweet, very smart, and genuinely happy.

For all the examples I have shared with you, please know that I can only express my gratitude for Mr. Mario Marroquin, for being a supportive parent to his children and their educational success.

Respectfully,

Judith Chreitzberg
*6th Grade Teacher, Panther Lake Elementary School*
253-373-3262